# Attachment A

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Craig Christopher Martin

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/09/1989 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 11th day of August, 2017.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois



# Supreme Court
## State of Colorado

STATE OF COLORADO, ss:

I, __Christopher T. Ryan__ Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**CRAIG CHRISTOPHER MARTIN**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __27th__ day of __October__ A. D. __1988__ and that at the date hereof the said __CRAIG CHRISTOPHER MARTIN__ is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __11th__ day of __August__ A. D. __2017__

*Christopher T. Ryan*
Clerk

By _____
Deputy Clerk