# Attachment B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

CENGAGE LEARNING, INC; MCGRAW-  :
HILL GLOBAL EDUCATION HOLDINGS,
LLC; and PEARSON EDUCATION, INC.,   :   Case No. 17-cv-4672 (PKC)

       Plaintiffs,   :   **AFFIDAVIT OF**
                                                 **CRAIG C. MARTIN**
  v.   :   **IN SUPPORT OF MOTION FOR**
                                                 **ADMISSION PRO HAC VICE**

FOLLETT CORPORATION; FOLLETT   :
HIGHER EDUCATION GROUP, INC.;
VALORE, INC.; and COLLEGE   :
MARKETPLACE, INC.,
                                                   :

       Defendants.
---------------------------------------------------------------x

     I, CRAIG C. MARTIN, hereby declare under the penalties of perjury, pursuant to 28 U.S.C. § 1746, that:

     1.    I am a partner of the law firm Jenner & Block LLP, 353 North Clark Street, Chicago, Illinois.

     2.    Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I submit this affidavit in support of my Motion for Admission Pro Hac Vice.

     3.    As shown in the attached certificates of good standing, I am a member in good standing of the bars of the states of Illinois and Colorado.

     4.    I have never been convicted of a felony.

     5.    I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

     6.    There are no disciplinary proceedings presently pending against me in any state or federal court.

WHEREFORE, it is respectfully requested that this Court enter an order that I, Craig C. Martin, be admitted to the bar of this Court to appear Pro Hac Vice on behalf of Defendants Follett Corporation, Follett Higher Education Group, Inc., Valore, Inc., and College Marketplace, Inc. in the above-captioned action.

Dated: August 22, 2017  
   Chicago, Illinois

Respectfully Submitted,

  /s/ Craig C. Martin  
Applicant's Name: **Craig C. Martin**  
Firm Name: **Jenner & Block LLP**  
Address: **353 N. Clark Street**  
City/State/Zip: **Chicago, Illinois 60654**  
Telephone/Fax: **312-222-9350 / 312-527-0484**  
Email: **cmartin@jenner.com**