# Attachment C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| CENGAGE LEARNING, INC; MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC; and PEARSON EDUCATION, INC., | : | Case No. 17-cv-4672 (PKC) |
| Plaintiffs, | : | **[PROPOSED] ORDER FOR ADMISSION** |
| v. | : | **PRO HAC VICE OF CRAIG C. MARTIN** |
| FOLLETT CORPORATION; FOLLETT HIGHER EDUCATION GROUP, INC.; VALORE, INC.; and COLLEGE MARKETPLACE, INC., | : | |
| Defendants. | : | |

-----------------------------------------------------------------x

The motion of Craig C. Martin for admission to practice Pro Hac Vice in the above-captioned matter is granted.

Applicant has declared that he is a member in good standing of the bars of the states of Illinois and Colorado, and that his contact information is as follows:

> Craig C. Martin
> JENNER & BLOCK LLP
> 353 North Clark Street
> Chicago, Illinois 60654
> Telephone: 312-222-9350
> Facsimile: 312-527-0484
> Email: cmartin@jenner.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants Follett Corporation, Follett Higher Education Group, Inc., Valore, Inc., and College Marketplace, Inc. in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice as counsel for Defendants in the above-captioned case in the United States District Court for the

Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

    **SO ORDERED.**

Dated: August __, 2017  
      New York, New York                 _____  
                                                    P. Kevin Castel  
                                    UNITED STATES DISTRICT JUDGE