## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing and all documents attached hereto were served on August 22, 2017 upon all counsel of record via CM/ECF.

                                           */s/ Craig C. Martin*
                                           Craig C. Martin