UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| CENGAGE LEARNING, INC; MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC; and PEARSON EDUCATION, INC., | : | Case No. 17-cv-4672 (PKC) |
| Plaintiffs, | : | **MOTION FOR ADMISSION PRO HAC VICE** |
| v. | : | |
| FOLLETT CORPORATION; FOLLETT HIGHER EDUCATION GROUP, INC.; VALORE, INC.; and COLLEGE MARKETPLACE, INC., | : : | |
| Defendants. | : | |

---------------------------------------------------------------x

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, **Skyler J. Silvertrust**, hereby move this Court for an Order of admission to practice Pro Hac Vice to appear as counsel for **Defendants Follett Corporation, Follett Higher Education Group, Inc., Valore, Inc., and College Marketplace, Inc.**, in the above-captioned action.

I am a member in good standing of the bar of the state of **Illinois** and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  August 22, 2017          Respectfully Submitted,

  */s/  Skyler J. Silvertrust*
Applicant's Name: **Skyler J. Silvertrust**
Firm Name:        **Jenner & Block LLP**
Address:          **353 N. Clark Street**
City/State/Zip:   **Chicago, Illinois 60654**
Telephone/Fax:    **312-222-9350 / 312-527-0484**
Email:            **ssilvertrust@jenner.com**