Castel, K.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC; and PEARSON EDUCATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FOLLETT CORPORATION; FOLLETT HIGHER EDUCATION GROUP, INC.; VALORE, INC.; and COLLEGE MARKETPLACE, INC., <br><br> Defendants. | Case No. 1:17-cv-04672 (PKC) <br><br><br> STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/17
```

Plaintiffs and Defendants, by their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree to dismiss the action, as between and amongst them, with prejudice and without costs, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between these parties.

/s/ _____
Matthew J. Oppenheim
OPPENHEIM + ZEBRAK, LLP
*Counsel for Plaintiffs*

Respectfully submitted,

/s/ Alison Stein

/s/ Matt Basil

Alison I. Stein
Matt D. Basil (*pro hac vice* motion pending)
JENNER & BLOCK LLP
*Counsel for Defendants*



RECEIVED
OCT 06 2017
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

## ORDER

The Court having considered the Stipulation executed between and amongst Plaintiffs and Defendants, and for good cause shown,

IT IS ORDERED AND ADJUDGED, that

1. The Stipulation For Dismissal With Prejudice filed by Plaintiffs and the Defendants is hereby approved without costs and with each side to bear its own attorney fees.

2. The Court retains jurisdiction to enforce the terms of the settlement; and

The action as between and amongst Plaintiffs and Defendants be and hereby is DISMISSED with prejudice.

**SO ORDERED.**

_____
P. Kevin Castel
United States District Judge

Dated: October 6, 2017

New York, NY

2